# D

**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3052
Fax: (215) 875-4604
Email: mitwersky@bm.net
Yechiel M. Twersky, Esquire (Attorney ID No.: 041362011)

*Attorneys for Plaintiff and Proposed Class*

| | |
|---|---|
| THOMAS VERA, JOEL VELEZ, MARGARET KENNEDY, DONNA ZIELINSKI, MICHAEL ZIELINSKI, MARCO L. NEAD, and RENEE WILLIAMS, on behalf of themselves and all others similarly situated, | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION<br>: MIDDLESEX COUNTY<br>:<br>:<br>: DOCKET NO. MID-L-6306-21 |
| Plaintiffs, | : |
| vs. | : |
| MIDDLESEX WATER COMPANY, | : **ENTRY OF APPEARANCE OF**<br>: **YECHIEL M. TWERSKY, ESQUIRE** |
| Defendant. | : |

Kindly enter my appearance as co-counsel on behalf of the Plaintiffs Thomas Vera and all others similarly situated in the above captioned matter.

Dated: May 6, 2022                              BERGER MONTAGUE PC

                                                */s/ Yechiel M. Twersky*
                                                YECHIEL M. TWERSKY