**F**

|  |  |
|---|---|
| TOMAS VERA, JOEL VELEZ, MARGARET KENNEDY, DONNA ZIELINSKI, MICHAEL ZIELINSKI, MARCO L. NEAD, and RENEE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MIDDLESEX WATER COMPANY,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br><br>Docket No.: MID-L-6306-21<br>CIVIL ACTION<br><br>**STIPULATION**<br><br>**FILED**<br>**DECEMBER 22, 2021**<br>**HON. MICHAEL A. TOTO, A.J.S.C.** |

**THIS MATTER** having come before the Court upon Plaintiffs' Order to Show Cause for an interlocutory injunction, filed on November 22, 2021, and upon the Court's review of Defendant's opposition and Plaintiffs' reply; and for the reasons set forth during the hearing conducted on December 3, 2021; the parties have agreed, as follows:

1. The time within which Defendant Middlesex may answer, move, or otherwise respond to Plaintiffs' First Amended Complaint is extend to February 18, 2022, unless further extended by consent;

2. Plaintiffs' motion for class certification is returnable on Friday, February 18, 2022, unless further extended by consent;

3. Defendant has shut down the Park Avenue Wellfield and does not intend to activate or operate the Park Avenue Facility wellfields before the completion of the remediation of its Park Avenue Treatment facility unless: (a) the New Jersey Department of Environmental Protection or any other state agency with authority requires Middlesex to activate or operate its Park Avenue Facility wellfields; or (b) Middlesex, in its sole judgment, determines that activation and operation of Park Avenue Treatment wellfields is necessary for public health, adequacy of supply, or any other reason determined by Middlesex that necessitates doing so for it to provide safe and reliable water service in accordance with applicable New Jersey and federal law.

4.  Defendant will continue its regularly scheduled quarterly monitoring for PFOA. Middlesex will provide Plaintiffs' counsel with contemporaneous notice of results of its regularly scheduled monitoring for PFOA to Plaintiffs' counsel.

5.  Responses to discovery served by Plaintiffs shall be due on or before February 28, 2022

6.  Upon approval by the Court of this Stipulation, the pending conference scheduled for January 10, 2022 shall be adjourned.

GORDON REES SCULLY MANSUKHANI

By: _____   12-16-21
    Lee Henig-Elona

Lee Henig-Elona, Esq. (Attorney ID#025631985)
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Tel: (973) 549-2520
Email: lhenig-elona@grsm.com
*Attorneys for Defendant Middlesex Water Company*

DeNITTIS OSEFCHEN PRINCE, PC

By: _____
    Stephen P. DeNittis

Stephen P. DeNittis, Esq. (Attorney ID #031981997)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
Tel: (856) 797-9951
Email: SDenittis@denittislaw.com
*Attorneys for Plaintiffs*

SO ORDERED _____
HON. MICHAEL A. TOTO, A.J.S.C.