J

Donald J. Camerson, II, Esq.
James W. Crowder, IV, Esq.
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
Phone: (973) 514-1200
djcamerson@bressler.com
jcrowder@bressler.com

*Attorneys for Third-Party Defendant 3M Company*

| | |
|---|---|
| TOMAS VERA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MIDDLESEX WATER COMPANY,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>MIDDLESEX COUNTY – LAW DIVISION<br><br>Docket No. MID-L-006306-21 |
| MIDDLESEX WATER COMPANY,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>Third-Party Defendant. | **NOTICE OF APPEARANCE ON BEHALF OF THIRD-PARTY DEFENDANT 3M COMPANY** |

Please take notice that the undersigned hereby enters his appearance in the above-captioned matter as counsel for Third-Party Defendant 3M Company. Please send copies of all pleadings, correspondence, and other pertinent materials to the undersigned at DJCamerson@bressler.com.

BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
Phone: (973) 514-1200

*Attorneys for Defendant 3M Company*

By:    */s/Donald J. Camerson, II*
        Donald J. Camerson, II

Dated: June 13, 2022