CERTIFICATE OF SERVICE

      I, Vincent Pozzuto, hereby certify that on this 25th day of July, 2022, a true and correct copy of the foregoing Memo of Law in Opposition has been electronically efiled with the court and served via electronic Mail upon the following parties:

Stephen P. DeNittis, Esq.
Joseph A. Osefchen, Esq.
Shane T. Prince, Esq.
DeNITTIS OSEFCHEN PRINCE, P.C.
Attorneys for Plaintiffs
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951

Michael A. Galpern, Esq.
Zachary A. Green, Esq.
JAVERBAUM, WURGAFT, HICKS
KAHN, WIKSTROM & SININS, P.C.
Attorneys for Plaintiffs
1000 Haddonfield-Berlin Rd., Ste. 203
Voorhees, New Jersey 08043
(856) 595-4100

Donald J. Camerson, II, Esq.
James W. Crowder, IV, Esq.
BRESSLER, AMERY & ROSS, P.C.
Attorneys for Third-Party Defendant
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200

Andrew J. Calica, Esq. (*pro hac vice* forthcoming)
Jordan D. Sagalowsky, Esq. (*pro hac vice* forthcoming)
MAYER BROWN LLP
Attorneys for Third-Party Defendant
1221 Avenue of the Americas
New York, NY 10020

                              /s/ Vincent P. Pozzuto
                              Vincent P. Pozzuto (7168)