# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

------------------------------------------------------------x

TOMAS VERA, JOEL VELEZ, MARGARET KENNEDY, DONNA ZIELINSKI, MICHAEL ZIELINSKI, MARCO L. NEAD, and RENEE WILLIAMS, on behalf of themselves and all Others similarly situated,

                  Plaintiffs,

-against-

MIDDLESEX WATER COMPANY,

                  Defendant.

Case No. 2:22-cv-04446-KM-ESK

(Removed from Superior Court of, New Jersey, Middlesex County Docket No. MID-L-6306-21)

------------------------------------------------------------x

MIDDLESEX WATER COMPANY,

                  Third-Party Plaintiff

-against-

3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co.),

                  Third-Party Defendant.

------------------------------------------------------------x

## ORDER DENYING MOTION TO REMAND

The members of the certified classes previously certified by the New Jersey Superior Court, having brought a motion to remand this matter to New Jersey Superior Court; and the Court having considered the arguments and submission of the parties; and for good cause shown;

IT IS HEREBY ORDERED this ____ day of _____, 2022 that motion of the Plaintiff classes is DENIED.

SO ORDERED.

LEGAL\58820785\1

_____
HON. KEVIN McNULTY, U.S.D.J.
