# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VERA et al.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **MIDDLESEX WATER COMPANY et al.,** <br><br> **Defendants.** | Civ. No. 22-04446 (KM) (ESK) <br><br> **ORDER** |

**THIS MATTER** having come before the Court on the plaintiffs' motion to remand the removed class action to state court (DE 6); and the Court having reviewed the defendant's notice of removal and other submissions of the parties (DE 1, 9, 10) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 21st day of March 2023,

**ORDERED** that the motion is granted and plaintiffs are awarded fees and costs, as defendant's removal was without a reasonable basis. Within seven days, the plaintiffs shall submit a bill of costs and fees; and it is further

**ORDERED** that an award of costs and fees will be incorporated into a final order of remand, which will constitute the Court's final decision.

/s/ Kevin McNulty

_____
**KEVIN MCNULTY**
**United States District Judge**