UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VERA et al.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MIDDLESEX WATER COMPANY et al.,**<br><br>**Defendants.** | Civ. No. 22-04446 (KM) (ESK)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the plaintiffs' motion to remand the removed class action to state court (DE 6); and the Court having reviewed the defendant's notice of removal and other submissions of the parties (DE 1, 9, 10) without oral argument; and the Court having entered an order and opinion granting the motion to remand and awarding costs and fees but reserving the issue of the amount (DE 15, 16); and plaintiff's counsel having submitted a certification of reasonable costs and fees (DE 17); and good cause appearing therefor;

**IT IS** this 12th day of April, 2023,

**ORDERED** that this case is remanded to the Superior Court of New Jersey, Middlesex County (MID-L-006306-21); and it is further

**ORDERED** pursuant to 28 U.S.C. § 1447(c) that plaintiffs are awarded fees and costs in the requested amount of $5720.00.

The clerk shall close the file.

/s/ Kevin McNulty

_____
**KEVIN MCNULTY**
**United States District Judge**